IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KATHLEEN MCCOY                                                                                    PLAINTIFF

vs.                                    CASE NO. **5:06CV33GH**

JO ANNE B. BARNHART,                                                                      DEFENDANT
Commissioner, Social Security
Administration

## **JUDGMENT**

Pursuant to the Order entered this date, the Court reverses the decision of the Commissioner and remands the case to the Commissioner with instructions to conduct further proceedings consistent with this Order. This is a sentence-four remand.

IT IS SO ORDERED this 8th day of March, 2007.

_George Howard, Jr._
UNITED STATES DISTRICT JUDGE